UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK JOSEPH FLORES-POWELL,<br>    Petitioner,<br><br>       v.<br><br>BRUCE CHADBOURNE, et al.,<br>    Respondents. | )<br>)<br>)<br>)  C. A. No. 08-11696-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                          April 28, 2010

The Immigration Court has terminated petitioner's removal proceeding. Because the immigration case is terminated, the government no longer seeks to detain petitioner. Therefore, the court is vacating its Order imposing conditions on Flores's release, and this case is being dismissed as moot. Cf. Leitao v. Reno, 311 F.3d 453, 455 (1st Cir. 2002)("A habeas petition will become moot once the prisoner is released from custody unless the petitioner can show some sufficient collateral consequence of the underlying proceeding.").

Accordingly, it is hereby ORDERED that:

1. The December 18, 2009 Order is VACATED. All restrictions imposed by the court on Flores's liberty are lifted.

2. Petitioner's Motion to Reconsider Release Conditions in Part (Docket No. 80) is MOOT.

3. This case is DISMISSED.

                                          /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE